H. C. SCHRODER, Appellant, *v.* THE STATE OF NEW YORK, Respondent.
(Claim No. 24327.)

Argued December 1, 1937; decided January 4, 1938.

628

*Hugh J. O'Brien* for appellant.

*John J. Bennett, Jr., Attorney-General* (*Leon M. Layden* and *Owen M. Begley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: RIPPEY, J.